■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY NORWOOD, Appellant. [658 NYS2d 978] —Appeal by the

defendant from a judgment of the Supreme Court, Westchester County (Colabella, J.), rendered November 28, 1995, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Ritter, Joy and Krausman, JJ., concur.